# United States District Court
## Eastern District of California

**UNITED STATES OF AMERICA**　　　**CRIMINAL COMPLAINT**

V.

**GREGORY K. BACHMANEK**　　　**DOCKET NUMBER:** 6:16-mj-00074MJS

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Gregory K. BACHMANEK, did violate:

**Count 1:** Operating or being in actual physical control of a motor vehicle is prohibited while under the influence of alcohol, or a drug, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operating or being in actual physical control of a motor vehicle is prohibited while the alcohol concentration in the operators blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Operating a motor vehicle without due care, in violation of Title 36 Code of Federal Regulations § 4.22(b)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Possession of an open container of alcohol in motor vehicle, in violation of Title 36 Code of Federal Regulations § 4.14 (b).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Operating a vehicle at a speed in excess of the speed limit is prohibited in violation of 36 Code of Federal Regulations § 4.21 (c).

Speedy Trial Act Applies: **No**　　　U.S. v. Gregory K. BACHMANEK
　　　　　　　　　　　　　　　　　　　Criminal Complaint

> **Count 6:** Failure to comply with a traffic control device in violation of 36 Code of Federal Regulations § 4.12 (c).
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 18th, 2016 at approximately 6:40 p.m., Park Ranger Leah Maulucci was off duty and driving eastbound on the Big Oak Flat Road in the San Joaquin Overlook area. Ranger Maulucci notified Yosemite Dispatch she was traveling behind a possibly intoxicated driver, and she described the vehicle as a silver Ford Escape. Yosemite Dispatch relayed that information to Ranger Donna Youker who was on duty in the area.

At about 6:44 p.m., Ranger Youker observed the Ford make a left hand turn onto the Tioga Road at the intersection of the Big Oak Flat.   Ranger Youker began to follow the Ford as it traveled eastbound. About 100 yard east of the Crane Flat Gas Station, Ranger Youker observed the Ford traveling at approximately 50 miles per hour in a signed 25 mile per hour speed zone. About 50 yards east of the Tuolumne Grove parking lot Ranger Youker observed the Ford decreased its speed to approximately 35 miles per hour and drift left and cross the center line. The left tires of the Ford were approximately one foot left of the center line in the west bound lane. The Ford traveled in this manner for approximately 25 feet. The Ford then slowly corrected by drifting to the right in an unsmooth manner.

Ranger Youker then attempted to initiate a stop in the Nature Bridge Campus Turnout. The Ford failed to stop at the turnout and continued to travel eastbound.   About one half mile east of the Nature Bridge Campus, Ranger Youker observed the Ford drift left and enter the westbound lane for about 25 feet, with a majority of the vehicle in the westbound lane. Immediately after the Ford corrected into the eastbound lane, it came to an abrupt stop. The Ford remained stopped in the eastbound lane for approximately 30 seconds. Ranger Youker exited her patrol vehicle and physically motioned the driver of the Ford to pull over at the next turnout. The driver then stopped in the next pullout for eastbound drivers.

Ranger Brenna Wozniak arrived on scene and identified the driver as Gregory Kalman BACHMANEK.   From the front passengers door, Ranger Youker observed BACHMAKEK'S eyes were glassy.   Ranger Youker asked BACHMANEK if he had consumed any alcoholic beverages prior to driving. BACHMANEK hesitated and did not answer.   Ranger Youker then asked BACHMANEK how many alcoholic beverages he had consumed prior to driving, and BACHMANEK stated that he had consumed one beer with lunch at approximately 1:00 p.m.   BACHMANEK also admitted to having alcohol in his vehicle and indicated it was in a bag on the front passenger's floorboard.

Ranger Maulucci arrived on scene and informed Ranger Wozniak she had observed the Ford nearly cause two head on collisions with two other motorists on the Big Oak Flat

Speedy Trial Act Applies: **No**                                       U.S. v. Gregory K. BACHMANEK
                                                                      Criminal Complaint

Road.   She stated one of these motorists was forced to honk at the Ford and to swerve off the roadway to avoid being involved in a motor vehicle accident.   She also stated she had observed the Ford cross into the westbound lane multiple times and observed its speed fluctuated between 20 miles per hour and 40 miles per hour.

Ranger Wozniak administered a battery of Standardized Field Sobriety Tests (SFST's) to BACHMANEK. During the SFST's BACHMANEK showed numerous signs of impairment, and he provided a breath sample with indicated a BAC of 0.13%.

Ranger Wozniak arrested BACHMANEK for driving under the influence of alcohol.   After the arrest, Ranger Wozniak conducted a of the Ford and found an opened 750ml bottle of Jose Cuervo Tequila. The bottle was two thirds full.   Ranger Wozniak also found an opened 200ml bottle of Fireball Cinnamon Whisky which contained about 1/8 of an ounce of alcohol.

BACHMANEK provided an evidentiary breath test at 7:57 p.m. at the Crane Flat Ranger Station which showed BACHMANEK's breath alcohol content to be 0.15 grams per 210 liters of breath. BACHMANEK provided a second Evidentiary Breath Test at 20:00 hours which also showed BACHMANEK's breath alcohol content to be 0.15 grams per 210 liters of breath.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

10/12/16
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA


Sworn to before me and subscribed in my presence in Yosemite National Park, California.

10/12/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: No

U.S. v. Gregory K. BACHMANEK
Criminal Complaint