Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

AUG 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-00074-MJS |
| Plaintiff, | |
| V. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| GREGORY K. BACHMANEK, | |
| Defendant. | |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned defendant Gregory K. BACHMANEK has failed to provide proof of completing the DMV First Time DUI Offender Program.

As the Acting Legal Officer, I am aware BACHMANEK was charged with:

1

1  Operating or being in actual physical control of a motor vehicle while under the influence
2  of alcohol, or a drug, or any combination thereof, to a degree that renders the operator
3  incapable of safe operation, in violation of Title 36 Code of Federal Regulations
4  §4.23(a)(1); Operating or being in actual physical control of a motor vehicle while the
5  alcohol concentration in the operators blood or breath is 0.08 grams or more of alcohol
6  per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath, in
7  violation of Title 36 Code of Federal Regulations §4.23(a)(2); Operating a motor vehicle
8  without due care, in violation of Title 36 Code of Federal Regulations §4.22(b)(1);
9  Possession of an open container of alcohol in motor vehicle, in violation of Title 36 Code
10 of Federal Regulations §4.14(b); Operating a vehicle at a speed in excess of the speed
11 limit in violation of 36 Code of Federal Regulations §4.21(c); Failure to comply with a
12 traffic control device, in violation of 36 Code of Federal Regulations §4.12(c).

13 On October 25, 2016, BACHMANEK pled guilty to the charge of Operating or
14 being in actual physical control of a motor vehicle while the alcohol concentration in the
15 operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or
16 0.08 grams or more of alcohol per 210 liters of breath. The other counts were dismissed.
17 BACHMANEK was sentenced to 2 days custody with credit for 2 days served, 12 months
18 of unsupervised probation with the conditions he obey all laws, report all new law
19 violations within 7 days, pay a $1200 fine in full by August 25, 2017, and attend and
20 complete the DMV Wet Reckless Program.

22 The government alleges BACHMANEK has violated the following condition(s) of
23 his unsupervised probation:

25 <u>CHARGE ONE</u>:   FAILURE TO COMPLETE THE DMV WET RECKLESS PROGRAM

26 BACHMANEK was ordered to complete the DMV Wet Reckless Program. As of
27 the date of this affidavit, BACHMANEK has not provided proof of having completed the

DMV Wet Reckless Program.

8/21/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

8/21/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3