1  Susan St. Vincent
   Legal Officer
2  Armin M. Najafi
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-00074-MJS |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |
| GREGORY KALMAN BACHMANEK, | |
| Defendant. | |

On August 18, 2016, Gregory Kalman BACHMANEK was arrested for operating or being in actual physical control of a motor vehicle while under the influence of alcohol, or a drug, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §4.23(a)(1); operating or being in actual physical control of a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations §4.23(a)(2); operating a motor vehicle without due care, in violation of Title 36 Code of Federal Regulations §4.22(b)(1); possession of an open container of alcohol in motor vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b); operating a vehicle at a speed in excess of the speed limit in

1

| | |
|---|---|
| 1 | violation of 36 Code of Federal Regulations §4.21(c); and failure to comply with a traffic |
| 2 | control device, in violation of 36 Code of Federal Regulations §4.12(c). |
| 3 | On October 25, 2016, BACHMANEK pled guilty to the charge of operating or |
| 4 | being in actual physical control of a motor vehicle while the alcohol concentration in the |
| 5 | operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or |
| 6 | 0.08 grams or more of alcohol per 210 liters of breath. The other counts were dismissed. |
| 7 | BACHMANEK was sentenced to 2 days custody with credit for 2 days served, 12 months |
| 8 | of unsupervised probation with the conditions he obey all laws, report all new law |
| 9 | violations within 7 days, pay a $1200 fine in full by August 25, 2017, and attend and |
| 10 | complete the DMV Wet Reckless Program. |
| 11 | On August 21, 2017 the Government filed an Affidavit of Alleged Probation |
| 12 | Violation charging that BACHMANEK had failed to provide proof of completing the DMV |
| 13 | Wet Reckless Program. A hearing was scheduled for September 26, 2017. On August |
| 14 | 23, 2017, defense counsel provided the Government with proof that BACHMANEK |
| 15 | completed the DMV Wet Reckless Program on August 23, 2017. Accordingly, the |
| 16 | Government herewith withdraws its Allegation of Probation Violation in this matter. |

Dated: August 28, 2017               By: /S/ Armin M. Najafi
                                     Armin M. Najafi
                                     Acting Legal Officer
                                     Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Affidavit of Alleged Probation Violation(s) in *US v. Bachmanek* 6:16-mj-00074-MJS filed on August 21, 2017 is retracted.

IT IS SO ORDERED.

Dated:   September 5, 2017           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

3