Susan St. Vincent
Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY KALMAN BACHMANEK<br><br>Defendant. | No.  6:16-MJ-00074-MJS<br><br>**MOTION TO VACATE; AND ORDER THEREON** |

The United States, by and through its representative, Armin M. Najafi hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for September 26, 2017.  To date, Defendant has complied with all the terms of the unsupervised probation imposed by this Court on October 25, 2016.

.

Dated:  August 28, 2017              NATIONAL PARK SERVICE

                                                             /S/ Armin M. Najafi
                                                             Armin M. Najafi
                                                             Acting Legal Officer

**<u>ORDER</u>**

    Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for September 26, 2016 in the above-referenced matter, *United States v. Bachmanek* 6:16-mj-00074-MJS, be vacated.

IT IS SO ORDERED.

    Dated:   September 5, 2017        /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE